## KEMP *v.* BROWN *et al.*

This case came before the entire court for adjudication. The question before the court was whether the judgment of the trial court should be reversed or affirmed. Upon this question the court was equally divided, Chief Justice Russell, Presiding Justice Atkinson, and Justice Bell being in favor of reversal, and Justices Hutcheson, Jenkins, and Grice being in favor of affirmance. The judgment of the lower court is therefore affirmed by operation of law.

No. 11865. OCTOBER 15, 1937.

*B. J. Dantone* and *J. C. Miner,* for plaintiff.
*Scott Candler,* for defendants.